[No. 13205-2-II. Division Two. December 6, 1990.]

SHARON TRAPP, *Respondent,* v. GENERAL AMERICAN LIFE INSURANCE COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 89-2-01428-4, Rosanne Buckner, J., entered

September 15, 1989. *Reversed* by unpublished opinion per Petrich, A.C.J., concurred in by Worswick and Morgan, JJ.